# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-05656 |
| | ) | Honorable Judge Deborah L. Thorne |
| Willie Ray Vaughn, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF DEFAULT

TO:   Debtor:
　　　　　Willie Ray Vaughn
　　　　　12422 S. Aberdeen St.
　　　　　Calumet Park, IL 60827

　　　　Counsel for Debtor:
　　　　　Mohammed O Badwan
　　　　　Sulaiman Law Group, LTD
　　　　　2500 S. Highland Ave., Suite 200
　　　　　Lombard, IL 60148

VIA E-MAIL AND CERTIFIED U.S. MAIL

Re: Notice of Default for Willie Ray Vaughn; Case No: 18-05656

Our office represents U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"), the servicer of a mortgage on your property located at 12422 South Aberdeen Street, Calumet Park, Illinois 60827. This as a Notice of Default under the terms of the Agreed Order, entered on February 22, 2022, Docket Entry #51, in Settlement of Motion to Modify Stay filed by Secured Creditor.

The breakdown of the default is as follows:

| | | |
|---|---|---|
| Two (2) Stipulated Order Payment(s) @ $826.04 | 04/15/2022 – 05/15/2022 | $1,652.08 |
| Two (2) Regular Payment(s) @ $894.00 each | 05/1/2022 – 06/1/2022 | $1,788.00 |
| Suspense | | ($67.96) |

**Total Amount Due to Cure Default:**　　　　　　　　　　　**$3,372.12**

The address where payments should be sent is:

Selene Finance LP
3501 Olympus Boulevard
5th Floor, Suite 500
Dallas, Texas  75019

Pursuant to the Agreed Order, if the default is not cured by payment to Secured Creditor within fourteen (14) days of the date of mailing of this Notice of Default, Secured Creditor shall have the right to file an order indicating that the automatic stay is terminated.

Please notify the undersigned once the payment has been sent and provide proof of the payment.

Sincerely,
Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**/s/ Samantha C. San Jose**
Samantha C. San Jose
IL Bar No: 6319469
205 N. Michigan Avenue, Suite 810
Chicago, IL 60601
Phone: (833) 424-1715
Email: ssanjose@raslg.com

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing document was served on the following parties via electronic means for those available and otherwise by postage prepaid, in the United States Mail, by first-class mail to the following on June 15, 2022:

| | |
|---|---|
| Willie Ray Vaughn<br>12422 S. Aberdeen St.<br>Calumet Park, IL 60827 | Debtor |
| Mohammed O Badwan<br>Sulaiman Law Group, LTD<br>2500 S. Highland Ave., Suite 200<br>Lombard, IL 60148 | Attorney for Debtor |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Chapter 13 Trustee |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St., Room 873<br>Chicago, IL 60604 | US Trustee |

      **/s/ Feven Alemu**